UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HULEN GINN,

          Plaintiff,

- against -

WILD CAT SERVICES CORPORATION,

          Defendant.

08 Civ. 07330 (PGG)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/09

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that fact discovery in the above-captioned action shall close by July 31, 2009. It is further

      ORDERED that the parties shall hold a settlement conference within fourteen days of the close of fact discovery. It is further

      ORDERED that the parties shall adhere to the following dispositive motion schedule:

      (1) Opening briefs shall be served by August 31, 2009;

      (2) Opposition briefs shall be served by September 14, 2009; and

      (3) Reply briefs shall be served by September 21, 2009.

The parties are directed to consult Paragraph 3C of the "Individual Practices of Judge Paul G. Gardephe" – the "Bundling" Rule – before making their motion filings. It is further

      ORDERED that the June 10, 2009 status conference in the above-captioned action is adjourned until August 4, 2009 at 10:00 a.m. in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          May 11, 2009

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge